# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**AUDRA ALUMBAUGH, as**
**Settlor/Income Beneficiary and Principal**
**Beneficiary of the Audra D. Alumbaugh**
**Farm Trust and DONNA D. CAIN, as**
**Principal Beneficiary of the Audra D.**
**Alumbaugh Farm Trust**                                    **PLAINTIFFS**

v.                          **No. 4:25-cv-209-DPM**

**HUGH A. ARMISTEAD, Individually and**
**as Purported Trustee of the Audra D.**
**Alumbaugh Farm Trust;  W. E. DAVIS,**
**Individually and as the Purported Trust**
**Protector of the Audra D. Alumbaugh**
**Farm Trust;  and THELMA**
**ALUMBAUGH, Individually**                                 **DEFENDANTS**

## JUDGMENT

The complaint is dismissed with prejudice.  The Court retains jurisdiction until 8 July 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_7 April 2026_